## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DEKAEDA DAVIS,                          :        Civil No. 1:25-CV-01162
                                        :
    Plaintiff,                          :
                                        :
    v.                                  :
                                        :
CUMBERLAND VALLEY SCHOOL                :
DISTRICT, *et al.*,                     :
                                        :
    Defendants.                         :        Judge Jennifer P. Wilson

## CASE MANAGEMENT ORDER

Counsel participated in a telephonic case management conference with the court on October 8, 2025, at which time, agreements were reached by the parties in consultation with the court after review of the parties' joint case management plan. The following summary of dates and deadlines is provided for convenience, but counsel shall review the entirety of this order.

### Summary of Dates and Deadlines

| | |
|---|---|
| Joinder of additional parties: | January 15, 2026 |
| Amended pleadings: | January 15, 2026 |
| Discovery Disputes: | March 19, 2026 |
| Status conference: | March 25, 2026, at 9:45 am |
| Fact discovery: | April 30, 2026 |
| Dispositive motions and supporting briefs: | May 29, 2026 |
| Plaintiff's expert reports: | May 29, 2026 |
| Defendant's expert reports: | July 2, 2026 |
| Supplemental and rebuttal expert reports: | July 17, 2026 |
| Expert discovery: | August 14, 2026 |
| Motions in limine and supporting briefs: | September 9, 2026 |
| Pretrial memoranda: | October 7, 2026 |
| Proposed voir dire and jury instructions: | October 7, 2026 |
| Trial: | November 2, 2026 |

**IT IS ORDERED THAT**:

1.      **Joinder of Additional Parties and Amended Pleadings.**  All additional parties shall be joined by  **January 15, 2026**.  Amended pleadings are due by **January 15, 2026**.

2.      **Trial List.**  The above case is hereby placed on the **November, 2026**, trial list.[1]  Counsel should note that criminal matters take priority over and may delay the beginning of the civil trial list.

3.      **Discovery Disputes.**  The final deadline to file a discovery dispute shall be six (6) weeks prior to the close of fact discovery.

4.      **Status Conference.**  A status conference will be conducted via telephone by the court on **March 25, 2026, at 9:45 a.m.**  The parties shall call-in to the conference calling number 717-638-8977, using the phone conference ID 432 592 125#.  The purpose of this conference will be to discuss any outstanding discovery issues, settlement options, and any other issues.  Participation in this conference by counsel and by self-represented parties is mandatory.  Any counsel of record may

---

[1] The court schedules every civil case on its docket on a trial list date.  A trial list date is distinct from a trial date certain.  The court will schedule a trial date certain by means of a separate scheduling order after conferring with counsel about the selection of a trial date certain.  If any dispositive motion is filed in this case, the court will generally continue the trial list date and stay the pretrial deadlines pending resolution of the dispositive motion.  However, if no dispositive motion is filed in this case, the court will convene a telephone status conference with counsel to select a trial date certain.

participate in this conference call, as long as the attorney taking the lead for the conference is fully prepared to address the above matters.

5.    **Fact Discovery.**  Fact discovery shall be completed by **April 30, 2026**.  All requests for extensions of this deadline shall be made at least fourteen days before the expiration of the discovery period.

6.    **Expert Reports and Expert Discovery**.  Plaintiff's expert reports are due on **May 29, 2026**.  Defendant's expert reports are due on **July 2, 2026**. Supplemental and rebuttal expert reports are due on **July 17, 2026**.  Expert discovery shall be completed by **August 14, 2026**.

7.    **Dispositive Motions.**  Dispositive motions <u>and</u> supporting briefs shall be filed by.  Briefing on dispositive motions shall comply with Local Rules 7.4, 7.5, 7.6, 7.7, 7.8, and 56.1, except that briefs in support of any dispositive motions shall be filed by the above date **May 29, 2026**.

8.    **Motions in Limine**.  Motions in limine <u>and</u> supporting briefs shall be filed by **September 9, 2026**.

9.    **Pretrial Memoranda, Voir Dire, Jury Instructions and Verdict Form**. Pretrial memoranda, proposed voir dire questions, the joint voir dire fact statement, proposed jury instructions, and proposed verdict form shall be filed by **October 7, 2026**.  No later than seven days before this date, counsel shall hold a conference as indicated in Local Rule 16.3.

3

**10.**    The court will not consider any submission filed after the deadlines

established in this Order or, in the absence of a court order, the Federal Rules of

Civil Procedure, or the Local Rules of the Middle District of Pennsylvania, unless

counsel includes a written explanation for the lateness along with the late

submission and the court concludes that the lateness was substantially justified or

unavoidable.

**11.**    Counsel and parties shall not mutually agree to extend any time periods

established by the court's case management order, the Local Rules, or the Federal

Rules of Civil Procedure without the approval of the court.  Requests for extension

of time must comply with Local Rule 7.5.


                                        s/Jennifer P. Wilson
                                        JENNIFER P. WILSON
                                        United States District Judge
                                        Middle District of Pennsylvania
Dated: October 8, 2025