## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEKAEDA DAVIS, | : | Civil No. 1:25-cv-01162 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CUMBERLAND VALLEY SCHOOL | : | |
| DISTRICT, *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 24th day of April, 2026, in light of the currently pending motions to dismiss, Doc. 31 and Doc. 36, and there being no objections raised by counsel during the telephone status conference held on April 22, 2026, **IT IS ORDERED THAT** all case deadlines are **STAYED** pending the resolution of Defendants' motions to dismiss.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania