**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DEKAEDA DAVIS, | : | Civil No. 1:25-CV-01162 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CUMBERLAND VALLEY SCHOOL | : | |
| DISTRICT, *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

**ORDER**

**AND NOW**, on this 22nd day of May, 2026, in accordance with the

accompanying memorandum of law, **IT IS ORDERED AS FOLLOWS:**

1) The motion to dismiss Plaintiff Dekaeda Davis's ("Davis") amended
   complaint, Doc. 28, pursuant to Federal Rule of Civil Procedure
   12(b)(6) filed by Defendants Harold "Bud" Shaffner, Gregory Rausch
   ("Rausch"), Kristi Shaffner, and Bethany Mullin ("Mullin"), Doc. 31,
   will be **GRANTED IN PART** and **DENIED IN PART** as follows:

   a. Count III of Davis's amended complaint, which raises a 42
      U.S.C. § 1983 claim under the Equal Protection Clause of the
      Fourteenth Amendment of the Constitution of the United States
      against Harold "Bud" Shaffner, Rausch, Kristi Shaffner, and
      Mullin is **DISMISSED WITHOUT PREJUDICE.**

   b. Count V of Davis's amended complaint, which raises an
      intentional infliction of emotional distress claim against Harold
      "Bud" Shaffner, Rausch, Kristi Shaffner, and Mullin is
      **DISMISSED WITH PREJUDICE** as to Harold "Bud"
      Shaffner and Rausch.  The motion to dismiss Count V as to
      Kristi Shaffner and Mullin is **DENIED**.

   c. Count VI of Davis's amended complaint, which raises a
      negligent infliction of emotional distress claim against Harold

"Bud" Shaffner, Rausch, Kristi Shaffner, and Mullin is **DISMISSED WITH PREJUDICE** as to Harold "Bud" Shaffner and Rausch.  Count VI is **DISMISSED WITHOUT PREJUDICE** as to Kristi Shaffner and Mullin.

2) The motion to dismiss Davis's amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) filed by Defendants Cumberland Valley School District ("CVSD") and Michael Craig ("Craig"), Doc. 36, will be **GRANTED IN PART** and **DENIED IN PART** as follows:

   a. CVSD's motion to dismiss Count I of Davis's amended complaint, which brings a Title II of the Americans with Disabilities Act against CVSD, is **DENIED**.

   b. CVSD's motion to dismiss Count II of Davis's amended complaint, which brings a Section 504 of the Rehabilitation Act claim against CVSD, is **DENIED**

   c. Count III of Davis's amended complaint, which raises a 42 U.S.C. § 1983 claim under the Equal Protection Clause of the Fourteenth Amendment of the Constitution of the United States against CVSD and Craig is **DISMISSED WITHOUT PREJUDICE.**

   d. Count IV of Davis's amended complaint, which raises a Title IX claim against CVSD, is **DISMISSED WITHOUT PREJUDICE.**

   e. Count V of Davis's amended complaint, which raises an intentional infliction of emotional distress claim against CVSD and Craig is **DISMISSED WITH PREJUDICE** as to CVSD. The motion to dismiss Count V as to Craig is **DENIED**.

   f. Count VI of Davis's amended complaint, which raises a negligent infliction of emotional distress claim against CVSD and Craig is **DISMISSED WITH PREJUDICE** as to CVSD and Craig.

3) Thus, the counts remaining in the amended complaint are as follows: Count I against CVSD; Count II against CVSD; and Count V as to Craig, Kristi Shaffner, and Mullin.

4) Defendants' motions to strike allegations pursuant to Federal Rule of Civil Procedure 12(f), Docs. 31 and 36, are **DENIED WITHOUT PREJUDICE**.

5) Davis may file an amended complaint consistent with this order within **twenty-one (21) days** of this order.

6) If Davis does not file an amended complaint by the above deadline, Defendants are directed to respond to the amended complaint in accordance with the Federal Rules of Civil Procedure.

7) A telephone status conference in this case is scheduled for **July 22, 2026, at 10:00 a.m.** The parties shall call in to the conference calling number 570-218-8447, using the phone conference ID 660 227 256#. The case management deadlines in this case shall remain stayed until that conference.

8) Plaintiff's counsel violated multiple Local Civil Rules and the court's practice order in its response in opposition to the motions to dismiss and strike at issue in this case. Counsel is cautioned that future failures to follow the court's orders and local rules may result in sanctions such as dismissal of filings.

<div style="margin-left: 40%;">

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania

</div>