**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DEKAEDA DAVIS,<br><br>Plaintiff,<br><br>v.<br><br>CUMBERLAND VALLEY SCHOOL DISTRICT, *et al.*,<br><br>Defendants. | : | Civil No. 1:25-cv-01162<br><br><br><br><br><br><br><br>Judge Jennifer P. Wilson |

## AMENDED CASE MANAGEMENT ORDER

**AND NOW**, on this 23rd day of July, 2026, following a telephone conference with counsel, **IT IS ORDERED THAT** the case management deadlines are **AMENDED** as follows:

| | |
|---|---|
| Discovery disputes: | October 19, 2026 |
| Status conference[1]: | October 28, 2026, at 9:30 a.m. |
| Fact discovery: | November 30, 2026 |
| Dispositive Motions and supporting briefs: | December 31, 2026 |
| Plaintiff's expert reports: | December 31, 2026 |
| Defendant's expert reports: | February 5, 2027 |
| Supplemental and rebuttal expert reports: | February 19, 2027 |
| Expert discovery: | March 12, 2027 |

[1] The parties shall call-in to the conference calling number 570-218-8447, using the phone conference ID 660 227 256#. Counsel should be aware that this is a conference calling number that is utilized for multiple calls scheduled in ten- or fifteen-minute intervals. If you dial in and another call is in progress, please wait until the courtroom deputy announces your case. The courtroom deputy is aware when a new caller joins the conference. You should follow the same etiquette expected when you enter a courtroom and a proceeding is in progress. When your case is called, state your name and client. Be advised that court staff are monitoring the conference at all times.

Trial[2]: June 7, 2027

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

---

[2] The court schedules every civil case on its docket on a trial list date. A trial list date is distinct from a trial date certain. The court will schedule a trial date certain by means of a separate scheduling order after conferring with counsel about the selection of a trial date certain. If any dispositive motion is filed in this case, the court will generally continue the trial list date, pending resolution of the dispositive motion. However, if no dispositive motion is filed in this case, the court will convene a telephone status conference with counsel to select a trial date certain.