**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DEKAEDA DAVIS, | : CIVIL ACTION |
| Plaintiff, | : |
| | : NO. 1:25-cv-01162-JPW |
| v. | : |
| | : |
| CUMBERLAND VALLEY SCHOOL DISTRICT, MICHAEL CRAIG, HAROLD "BUD" SHAFFNER, GREGORY RAUSCH, KRISTI SHAFFNER, BETHANY MULLIN, AND SHAYNE HOMAN, | : **NOTICE OF DEPOSITION DUCES TECUM DIRECTED TO KRISTI SHAFFNER** |
| | : JURY TRIAL DEMANDED |
| Defendants. : | |

**To:** **Kristi Shaffner**
c/o Joseph L. Luvara, Esquire
DICKIE, MCCAMEY & CHILCOTE, P.C.
Four Gateway Center
444 Liberty Avenue, Suite 1000
Pittsburgh, PA 15222-1225

TAKE NOTICE that the deposition of **Kristi Shaffner** will be taken for the purpose of discovery and/or for use at trial pursuant to Rule 4007 et seq. of the Pennsylvania Rules of Civil Procedure, as amended, before a Notary Public duly authorized by law to administer oaths, on **September 16, 2026 beginning at 10:00 a.m.** at the offices of DICKIE, MCCAMEY & CHILCOTE, P.C., 300 Corporate Center Drive, Suite 103-D, Camp Hill, PA 17011-9927, at which time and place you are invited to appear and take such part as shall be fitting and proper.

The witness is directed to bring with her to the deposition the original and three (3) copies of each of the following to the extent that they have not yet been produced in discovery:

1. All documents that support, tend to prove or tend to disprove any of the claims and defenses Defendants are advancing in this case, including but not limited to those set forth in Defendants' Answers.

2. All documents that are responsive to Plaintiff's discovery requests.

3. All documents Defendants intend to utilize and/or introduce into evidence at trial.

Respectfully submitted,

**THE FARNETH LAW GROUP, LLC**

August 13, 2026

By: */s/ George R. Farneth II*
George R. Farneth II, Esquire
445 Fort Pitt Blvd., Suite 160
Pittsburgh, PA 15219
Tel: (412) 863-7092
Fax: (412) 586-4713
Email: grf@farnethlaw.com
PA ID #53914
WV ID #10749

**BRENLOVE & FULLER, LLC**

By: */s/ Nicholas A. Miller*
Nicholas A. Miller, Esq.
401 Washington Avenue
Bridgeville, PA 15017
412-221-0640 x 112
nmiller@brenlovefuller.com

***Attorneys for Plaintiff***

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 13th day of August 2026, a copy of the foregoing ***Notice of Deposition Duces Tecum Directed to Kristi Shaffner*** was served on all counsel of record via the Court's ECF System.

**THE FARNETH LAW GROUP, LLC**

By: */s/ George R. Farneth II*
George R. Farneth II, Esquire
445 Fort Pitt Blvd., Suite 160
Pittsburgh, PA 15219
Tel: (412) 863-7092
Fax: (412) 586-4713
Email: grf@farnethlaw.com
PA ID #53914
WV ID #10749

**BRENLOVE & FULLER, LLC**

By: */s/ Nicholas A. Miller*
Nicholas A. Miller, Esq.
401 Washington Avenue
Bridgeville, PA 15017
412-221-0640 x 112
nmiller@brenlovefuller.com

***Attorneys for Plaintiff***